**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 22 2011

MATTHEW J. DYKMAN
CLERK

# United States District Court
## IN THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

v.

**ERVIN YAZZIE**
**YOB: 1978**

**CRIMINAL COMPLAINT**

CASE NUMBER: 11-MJ-684
11-MG-022

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 17, 2008, in McKinley County, in the District of New Mexico, defendant did knowingly commit the offense of Assault with a Dangerous Weapon and Assault Resulting in Serious Bodily Injury in violation of Title 18 United States Code, Section(s): 1153, 113(3) and (6). Ervin Yazzie and Elaine Jones are each registered members of the Navajo Nation. The aforementioned criminal act occurred within the exterior boundaries of the Navajo Indian Reservation, or Indian Country.

I further state that I am a Special Agent and that this complaint is based on the following facts:

- **See Attached Affidavit hereby incorporated by reference as if fully restated herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes  ☐ No

**AUSA** - Glynette Carson-McNabb
Sworn to before me and subscribed in my presence,

Date 3/22/11   at   Gallup, NM
                      City and State

**SA Matthew W. Collar**
**Special Agent**
**Federal Bureau of Investigation**

**Robert W. Ionta, United States Magistrate Judge**
Name & Title of Judicial Officer

Signature of Judicial Officer

```
              IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW MEXICO
```

UNITED STATES OF AMERICA            )
                                    )   CASE NO. 11·MJ·684
         VS.                        )            11·MG·022
                                    )
ERVIN YAZZIE                        )   AFFIDAVIT IN SUPPORT OF
YOB: 1978                           )   ARREST WARRANT


## AFFIDAVIT

I, the undersigned, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and has been employed in that capacity since January of 2008. Your affiant was previously employed by the Montana Highway Patrol and Bozeman Police Department since 1998. Your affiant is currently assigned to the Albuquerque Division of the FBI, Gallup Resident Agency, and has primary investigative responsibility for crimes occurring within Indian Country; including violent crimes such as homicide, robbery, arson, aggravated assault, and sexual assault. The information set forth in this affidavit has been derived from investigation conducted by your affiant, and/or communicated to me by other sworn Law Enforcement Officers.

2. Your affiant is aware that on August 12, 2008, Navajo Crownpoint Police Department (NPD) Officer Joel Leuppe received report of an aggravated assault that had previously

1

occurred on July 17, 2008, near the Twin Lakes Chapter House, northeast of Tohlakai, New Mexico.

   (a) NPD Officer Leuppe determined that Elaine Jones had become engaged in a verbal dispute with Ervin Yazzie while consuming alcohol with her cousin resulting in Jones being beaten unconscious with a baseball bat.

   (b) Jones received significant head injuries and was transported in a comatose condition to the University of New Mexico Hospital (UNMH) in Albuquerque, NM for admission into the Intensive Care Unit (ICU).

   3. Your affiant is aware that on August 11, 2008, NPD Criminal Investigator (CI) Larry Etsitty conducted an interview with Eddie Yazzie (Eddie) at his residence near Tohlakai, New Mexico. Eddie provided CI Etsitty with the following information:

   (a) Eddie described consuming alcohol with his cousin Elaine Jones during the evening of July 17, 2008, while on a hillside located one-quarter mile south of his residence.

   (b) Eddie described Jones yelling at a person while on the hillside and subsequently observing Ervin Yazzie approach Jones in possession of a baseball bat.

   (c) Eddie observed Yazzie make a swinging motion with

the baseball bat and Jones fall to the ground moaning in pain with blood coming from her mouth.

4. Your affiant is aware that on August 12, 2008, NPD Criminal Investigator (CI) Larry Etsitty conducted an interview with Pamela Smith at her residence in Tohlakai, New Mexico. Smith provided CI Etsitty with the following information:

(a) Smith spoke with Ervin Yazzie at her residence on the evening of July 17, 2008, and observed Yazzie in possession of a baseball bat. Yazzie advised Smith that the baseball bat was for protection against skin-walkers.

5. Your affiant is aware that on September 23, 2008, NPD Criminal Investigator (CI) Larry Etsitty conducted an interview with Elaine Jones at her residence in Tohlakai, New Mexico. Jones provided CI Etsitty with the following information:

(a) Jones described purchasing quantities of alcohol at the Sagebrush Bar with cousin Eddie Yazzie on July 17, 2008, and consuming it with him on a hillside near her residence.

(b) Jones was unable to recollect any subsequent events until regaining consciousness in the UNMH Intensive Care Unit approximately (2) weeks later.

6. On October 3, 2008, your affiant received medical records from the Gallup Indian Medical Center (GIMC) pertaining to the treatment of Elaine Jones on July 18, 2008. These records identified the following sustained injuries:

(a) Basilar skull fractures involving the left occipital bone with extension to the foramen magnum, right occipital bone extending to the mastoid air cells, and sphenoid sinus, with fracture traversing the right carotid canal; subarachnoid hemorrhage about the anterior right temporal lobe and high right convexity; comminuted bilateral maxillary sinus wall fractures; and mandibular fracture.

7. On March 18, 2010, your affiant submitted the baseball bat previously seized by NPD and obtained buccal swabs from Elaine Jones to the FBI Laboratory in Quantico, Virginia with a request to conduct examinations for the presence of latent fingerprints and blood transfer evidence.

8. On February 17, 2011, your affiant received a Report of Examination from the Nuclear DNA Unit at the FBI Laboratory in Quantico, Virginia indicating that serological examination of the baseball bat had identified the presence of a female DNA blood specimen.

(a) Comparative nuclear analysis of the DNA specimen with the provided buccal swabs positively identified the blood source as Elaine Jones.

1    9. On March 21, 2010, your affiant was contacted by
2 the Latent Print Operations Unit at the FBI Laboratory in
3 Quantico, Virginia with preliminary examination results
4 identifying the presence of a latent fingerprint on the
5 baseball bat suitable for comparison within the Integrated
6 Automated Fingerprint Identification System (IAFIS).
7
8    (a) IAFIS inquiries positively identified Ervin
9 Yazzie as the source of the latent fingerprint.
10
11    10. Your affiant is aware that Ervin Yazzie and
12 Elaine Jones have each been identified as enrolled members of
13 the Navajo Nation, and that the geographic location of the
14 incident has been determined to be within the exterior
15 boundaries of the Navajo Indian Reservation, or Indian Country.
16
17    11. Based on the information set forth in this
18 affidavit, your affiant submits that there is probable cause to
19 believe that Ervin Yazzie did commit the offense of Assault
20 with a Dangerous Weapon and Assault Resulting in Serious Bodily
21 Injury in violation of Title 18 United States Code Section(s):
22 1153, 113(3) and (6).
23
24    12. I swear that this information is true and
25 correct to the best of my knowledge and belief.
26
27
28

5

1
2
3                                               Matthew W. Collar
                                                Special Agent
                                                Federal Bureau of Investigation
4                                               Gallup, New Mexico

5
     Subscribed and sworn to before me
6    this ___ day of March, 2011

7
8    Robert W. Ionta
     United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6